Exhibit 2

US00D719209S

(12) **United States Design Patent**
Garfias

(10) Patent No.: **US D719,209 S**
(45) Date of Patent: ** **Dec. 9, 2014**

(54) **EYEGLASS**

(71) Applicant: **Oakley, Inc.**, Foothill Ranch, CA (US)

(72) Inventor: **Nicolas Adolfo Garfias**, Long Beach, CA (US)

(73) Assignee: **Oakley, Inc.**, Foothill Ranch, CA (US)

(**) Term: **14 Years**

(21) Appl. No.: **29/494,756**

(22) Filed: **Jun. 24, 2014**

(51) **LOC (10) Cl.** ................................................ **14-03**
(52) **U.S. Cl.**
USPC ........................................ **D16/313**; D16/321
(58) **Field of Classification Search**
CPC ............................. G02C 2200/08; G02C 1/06
USPC ........ D14/125–134, 239, 371, 136, 374–377,
D14/440, 450, 448, 336, 342, 159, 372;
312/7.2; D16/101, 300–342; 351/41,
351/44, 158; D10/15, 26; 446/484, 175,
446/356; D6/477, 479, 300
See application file for complete search history.

(56) **References Cited**

U.S. PATENT DOCUMENTS

| | | | |
|---|---|---|---|
| D184,274 | S | 1/1959 | Darr |
| D190,884 | S | 7/1961 | Rose |
| 3,665,122 | A | 5/1972 | Weiss |
| D285,020 | S * | 8/1986 | Schmidthaler ............... D16/313 |
| 4,856,086 | A | 8/1989 | McCullough |
| 4,882,769 | A | 11/1989 | Gallimore |
| D323,515 | S * | 1/1992 | Arbez ......................... D16/313 |
| 5,159,639 | A | 10/1992 | Shannon et al. |
| D374,883 | S * | 10/1996 | Luzlbauer .................... D16/321 |
| D380,766 | S | 7/1997 | Simioni |
| D387,084 | S | 12/1997 | Bolle' |
| D390,863 | S | 2/1998 | Bennell |
| D398,021 | S | 9/1998 | Bolle |
| D398,326 | S | 9/1998 | Jannard et al. |
| 5,867,841 | A | 2/1999 | Chiang |
| D407,428 | S | 3/1999 | Jannard et al. |
| D408,049 | S | 4/1999 | Jannard et al. |
| D415,188 | S | 10/1999 | Thixton et al. |
| D418,153 | S | 12/1999 | Haney |
| D420,035 | S | 2/2000 | Hartman |
| D435,857 | S | 1/2001 | Yang |
| 6,233,342 | B1 | 5/2001 | Fernandez |
| D457,550 | S * | 5/2002 | Wilson ........................ D16/312 |
| D478,927 | S | 8/2003 | Teng |
| D484,173 | S | 12/2003 | Jannard et al. |
| D485,569 | S | 1/2004 | Hsu |
| D489,394 | S | 5/2004 | Teng |
| D514,613 | S | 2/2006 | Jannard et al. |
| D519,148 | S | 4/2006 | Wu |
| D523,461 | S | 6/2006 | Jannard et al. |
| D524,354 | S | 7/2006 | Yang |
| 7,147,324 | B2 | 12/2006 | Jannard et al. |
| 7,150,526 | B2 | 12/2006 | Jannard et al. |
| D534,573 | S | 1/2007 | Mage |

(Continued)

*Primary Examiner* — Raphael Barkai
(74) *Attorney, Agent, or Firm* — Knobbe Martens Olson & Bear, LLP

(57) **CLAIM**
The ornamental design for an eyeglass, as shown and described.

**DESCRIPTION**

FIG. **1** is a front perspective view of an eyeglass showing an embodiment of the new design;
FIG. **2** is a front elevational view thereof;
FIG. **3** is a rear elevational view thereof;
FIG. **4** is a left side elevational view thereof, the right side elevational view being a mirror image thereof;
FIG. **5** is a top plan view thereof; and,
FIG. **6** is a bottom plan view thereof.
The broken lines in the Figures show portions of the eyeglass which form no part of the claimed design.

**1 Claim, 5 Drawing Sheets**



**US D719,209 S**

Page 2

(56)     **References Cited**

U.S. PATENT DOCUMENTS

| | | |
|---|---|---|
| D536,026 S | 1/2007 | Bruck |
| D539,833 S | 4/2007 | Chuang |
| D542,328 S * | 5/2007 | Hsu .............................. D16/313 |
| D544,014 S | 6/2007 | Fuchs |
| D545,344 S | 6/2007 | Yang |
| D545,345 S | 6/2007 | Moritz et al. |
| D545,868 S | 7/2007 | Chuang |
| D546,866 S | 7/2007 | Yang |
| D548,269 S | 8/2007 | Baden et al. |
| D548,767 S | 8/2007 | Jannard et al. |
| D553,173 S | 10/2007 | Baden et al. |
| D553,176 S | 10/2007 | Yee et al. |
| D555,705 S | 11/2007 | Chuang |
| D556,818 S | 12/2007 | Jannard et al. |
| D557,326 S | 12/2007 | Jannard et al. |
| D558,816 S | 1/2008 | Yee |
| D561,809 S | 2/2008 | Yee |
| D561,816 S | 2/2008 | Jannard et al. |
| D564,568 S | 3/2008 | Moritz |
| D564,572 S | 3/2008 | Yee et al. |
| D569,412 S | 5/2008 | Jannard et al. |
| D572,745 S | 7/2008 | Moritz |
| D572,749 S | 7/2008 | Yee |
| D573,172 S | 7/2008 | Baden et al. |
| D575,323 S | 8/2008 | Jannard et al. |
| D581,444 S | 11/2008 | Jannard et al. |
| D582,957 S | 12/2008 | Moritz |
| D583,404 S | 12/2008 | Baden |
| D584,758 S * | 1/2009 | Mage ......................... D16/313 |
| D585,475 S | 1/2009 | Yang |
| D595,333 S | 6/2009 | Markovitz et al. |
| D600,269 S | 9/2009 | Masui |
| D601,613 S | 10/2009 | Yee |
| D604,756 S | 11/2009 | Shin et al. |
| D610,603 S | 2/2010 | Thixton |
| D615,580 S | 5/2010 | Baden et al. |
| D616,485 S | 5/2010 | Thixton |
| D622,303 S | 8/2010 | Thixton |
| D629,830 S | 12/2010 | Markovitz et al. |
| D636,010 S | 4/2011 | Moritz |
| D648,771 S | 11/2011 | Rohrbach |
| D649,579 S | 11/2011 | Thixton |
| D652,442 S | 1/2012 | Yee et al. |
| D653,697 S | 2/2012 | Taylor et al. |
| D659,179 S | 5/2012 | Thixton |
| D659,180 S | 5/2012 | Moritz |
| D680,576 S * | 4/2013 | Chen .......................... D16/312 |
| 2005/0128431 A1 | 6/2005 | Jannard et al. |
| 2013/0271723 A1 | 10/2013 | Calilung et al. |

* cited by examiner

Case: 1:24-cv-05419 Document #: 1-1 Filed: 06/27/24 Page 4 of 8 PageID #:16



FIG. 1

Case: 1:24-cv-05419 Document #: 1-1 Filed: 06/27/24 Page 5 of 8 PageID #:17



**FIG. 2**



**FIG. 3**

Case: 1:24-cv-05419 Document #: 1-1 Filed: 06/27/24 Page 6 of 8 PageID #:18



FIG. 4

U.S. Patent          Dec. 9, 2014          Sheet 4 of 5          US D719,209 S



FIG. 5



FIG. 6